UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TK ELEVATOR CORPORATION,

           Plaintiff,

- against -

NAVIGATORS INSURANCE COMPANY,

           Defendant.

**ORDER**

21 Civ. 4227 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for October 28, 2021 is adjourned to **November 16, 2021 at 10:00 a.m.**

Dated: New York, New York
       October 26, 2021

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge