UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TK ELEVATOR CORP.,

                Plaintiff,

        -v-

NAVIGATORS INSURANCE CO.,

                Defendant.

**ORDER**

21 Civ. 4227 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      As discussed at today's conference, this matter is stayed until **December 17, 2021** while the parties engage in settlement discussions. Any amended complaint will be filed by **November 23, 2021**. By **December 17, 2021**, the parties will submit a joint letter to inform the Court whether they have reached a settlement. If settlement discussions are not successful, the Court will enter a case management plan.

Dated: New York, New York
       November 17, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge