UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TK ELEVATOR CORP.,

              Plaintiff,

      -v-

NAVIGATORS INSURANCE CO.,

              Defendant.

**ORDER**

21 Civ. 4227 (PGG)

---

PAUL G. GARDEPHE, U.S.D.J.:

      As discussed at today's conference, Plaintiff will file a letter by **March 10, 2022**, stating whether it wishes to proceed on its punitive damages claim premised on an alleged breach of contract. If so, Plaintiff will provide authority explaining why it has a good faith basis for the claim.

      Defendant will file a letter by **March 14, 2022**, stating whether it wishes to proceed with a motion to dismiss on any of the damages claims that are the subject of its pre-motion letters. If so, Defendant will propose a briefing schedule that has been discussed with Plaintiff's counsel.

Dated: New York, New York
       March 3, 2022

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge