UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TK ELEVATOR CORP.,

               Plaintiff,

-against-

NAVIGATORS INSURANCE CO.,

               Defendant.

**ORDER**

21 Civ. 4227 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      After consultation with the parties at today's conference, discovery in this matter is hereby extended until **December 1, 2022**. No further extensions will be granted. The parties will submit a joint letter by **November 28, 2022**, reporting on the status of the case and the prospect for settlement.

      The Court will hold a status conference on **December 1, 2022, at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
       July 28, 2022

                                SO ORDERED.

                                _____
                                Paul G. Gardephe
                                United States District Judge