UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TK ELEVATOR CORP., <br><br> Plaintiff, <br><br> -against- <br><br> NAVIGATORS INSURANCE CO., <br><br> Defendant. | **ORDER** <br><br> 21 Civ. 4227 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

      As stated in open court today, Plaintiff is hereby ORDERED to submit a revised proposed Second Amended Complaint, along with a letter seeking leave to file a motion to amend, by **Monday, December 5, 2022**.  Defendant shall submit its response by **Monday, December 12, 2022**.

      The Clerk of Court is directed to terminate Docket Nos. 39, 40, and 43 as moot.

Dated: New York, New York
        December 1, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge