UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TK ELEVATOR CORP.,

                Plaintiff,

      -against-

NAVIGATORS INSURANCE CO.,

                Defendant.

**ORDER**

21 Civ. 4227 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The telephonic conference in this matter currently scheduled for Wednesday, December 21, 2022, is adjourned to **Thursday, January 5, 2023, at 10:00 a.m.**, and will now be held in person in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
December 20, 2022

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge