UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TK ELEVATOR CORP., <br><br>                    Plaintiff, <br><br>          -against- <br><br> NAVIGATORS INSURANCE CO., <br><br>                    Defendant. | **ORDER** <br><br> 21 Civ. 4227 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

As stated in open court today, Plaintiff's motion for leave to amend (Dkt. No. 47) is GRANTED.  Plaintiff will file the Second Amended Complaint by **January 9, 2023**. Plaintiff's motion for leave to file a motion for partial summary judgment (Dkt. No. 51) is DENIED.

The next conference in this matter will take place on **February 9, 2023, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the motions at Dkt. Nos. 47 and 51.

Dated: New York, New York
January 5, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge