UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TK ELEVATOR CORP.,

                    Plaintiff,                                    **ORDER**

          -against-                                         21 Civ. 4227 (PGG)

NAVIGATORS INSURANCE CO.,

                    Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

          The conference scheduled for February 16, 2023 at 11:00 a.m. is adjourned by 45

minutes and will now take place on **February 16, 2023 at 11:45 a.m.**

Dated: New York, New York
February 15, 2023

                                        SO ORDERED.

                                        _____
                                        Paul G. Gardephe
                                        United States District Judge