UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TK ELEVATOR CORP.,

                Plaintiff,

-against-

NAVIGATORS INSURANCE CO., et al.

                Defendants.

**ORDER**

21 Civ. 4227 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The parties will submit a joint letter one week after the trial in the underlying state court case concludes, setting out their views on what effect that trial will have on this case.

Dated: New York, New York
       February 23, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge